**GRANT & EISENHOFER P.A.**
JENNIFER SARNELLI (Cal. Bar No. 242510)
485 Lexington Ave., 29th Floor
New York, NY 10017
Telephone: (646) 722-8504
Email: jsarnelli@gelaw.com

Counsel for Plaintiffs
(Additional Counsel listed on Signature Page)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BERLINGER, ROBERT DUXLER, FRANCESCA HAMMERSMITH, MARIA KHANGI, PHYLICIA WASHINGTON and BIANCA WEINS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRISCOLL'S, INC.,<br><br>Defendant. | CASE NO.: 5:26-cv-06444-EJD<br><br>**RESPONSE OF PLAINTIFF CHRISTINA WASHINGTON TO ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>Complaint Filed: June 18, 2026 |

Pursuant to Civil Local Rule 3-12(g), Plaintiff Christina Washington ("Plaintiff") hereby submits this Response to Driscoll Inc.'s ("Defendant") Administrative Motion to Consider Whether Cases Should Be Related (ECF No. 19; *Washington v. Driscoll's, Inc*., 5:26-cv-06961-NC, ECF No. 6).  Plaintiff does not believe removal of the *Washington* action was proper and intends to amend her complaint to address the issues raised in Defendant's Notice of Removal of Action to Federal Court (*Washington v. Driscoll's, Inc*., 5:26-cv-06961-NC, ECF No. 1). Following amendment, Plaintiff anticipates that the *Washington* action will be remanded. Accordingly, Plaintiff respectfully submits that relation at this time is unnecessary and will not serve to conserve judicial resources.

RESPONSE OF PLAINTIFF CHRISTINA WASHINGTON TO
ADMINISTRATIVE MOTION TO RELATE CASES

Dated: July 13, 2026

**GRANT & EISENHOFER P.A.**

*By: /s/ Jennifer Sarnelli*
JENNIFER SARNELLI (#242510)
THOMAS WALSH*
485 Lexington Ave., 29th Floor
New York, NY 10017
Telephone: (646) 722-8504
Facsimile: (646) 722-8501
Email: jsarnelli@gelaw.com
     twalsh@gelaw.com

**GRANT & EISENHOFER P.A.**
M. ELIZABETH GRAHAM (#143085)
2325 Third Street, Suite 329
San Francisco, CA 94107
Telephone: (415) 229-9720
Email: egraham@gelaw.com

**GRANT & EISENHOFER P.A.**
KELLY L. TUCKER*
CHAD B. HOLTZMAN*
123 Justison Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 622-7109
Facsimile: (302) 622-7100
Email: ktucker@gelaw.com
     choltzman@gelaw.com

**SEEGER WEISS LLP**

STEPHEN A. WEISS*
SCOTT ALAN GEORGE*
JUSTIN M. SMIGELSKY*
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: 973-584-9393
Email: sweiss@seegerweiss.com
     jsmigelsky@seegerweiss.com

**HECHT PARTNERS LLP**
REBECCA A. PETERSON (#241858)
KRISTA K. FREIER*
1650 W. 82nd Street, Ste. 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Facsimile: (888) 421-4173
Email: rpeterson@hechtpartners.com
     kfreier@hechtpartners.com

**HECHT PARTNERS LLP**
JANINE L. POLLACK*
LORI G. FELDMAN*
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 851-6821
Facsimile: (888) 421-4173
Email: jpollack@hechtpartners.com
     lfeldman@hechtpartners.com

*pro hac vice* application forthcoming

RESPONSE OF PLAINTIFF CHRISTINA WASHINGTON TO
ADMINISTRATIVE MOTION TO RELATE CASES